Of Counsel:
KEVIN LANCASTER         *Pro Hac Vice*
JESSICA N. BIERNIER     *Pro Hac Vice*
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile:  (415) 771-5845
KL.TEAM@veenfirm.com


FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP

JAMES H. HERSHEY        3199-0
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
Email: jhh@fmhc-law.com

Attorneys for Plaintiff
LINDA ROLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA ROLLINS, | ) | Civil No. 10-00336 HG-KSC |
| | ) | |
| Plaintiff, | ) | MAGISTRATE'S FINDINGS AND |
| | ) | RECOMMENDATIONS ON |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | DEFAULT JUDGMENT AGAINST |
| MAUI DREAMS DIVE COMPANY, | ) | DEFENDANT OFF-SHORE FISHING |
| RACHEL DOMINGO, DONOVAN | ) | COMPANY LTD. |
| DOMINGO, BEQA LAGOON | ) | |
| SUPPORT SERVICES, INC., OFF- | ) | |

| | |
|---|---|
| SHORE FISHING COMPANY LTD.,) | Hearing: |
| ) | Date: April 6, 2012 |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Kevin S.C. Chang |
| ) | |
| ) | Trial Date: September 18, 2012 |

MAGISTRATE'S FINDINGS AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
<u>DEFENDANT OFF-SHORE FISHING COMPANY LTD.</u>

This matter came on for hearing on April 6, 2012, before the Honorable Kevin S.C. Chang. Present for Plaintiff was James H. Hershey; for Defendant Maui Dreams Dive Company, Rachel Domingo was Michiro Iwanaga (Helen Lee Greenberg by telephone); and for Defendant McCoy Enterprises, Ltd. was Patricia M. Napier.

The court having heard all of the arguments of counsel, reviewed all of the briefs, and being fully familiar with the file and underlying facts in this case, makes the following findings.

I.  <u>Findings</u>:

This court has jurisdiction over this matter pursuant to Federal Code of Civil Procedure Sec. 9(h), admiralty/maritime jurisdiction.

Defendant Off-Shore Fishing Company Ltd. was properly served and default was entered against it on or about June 8, 2011, by the clerk of the court.

Defendant Off-Shore Fishing Company Ltd. is not a minor or an

incompetent person as defined by Federal Rules of Civil Procedure ("FRCP"), Rule 55(b)(2).

Defendant Off-Shore Fishing Company Ltd. is not currently in the military service as defined by 50 U.S.C. app. Sec. 521(b)(1).

After carefully reviewing all of the facts supported by declaration; the complete file in this matter; and applying all of the criteria set for in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986), the court finds that Plaintiff is entitled to entry of Default Judgment against Defendant Off-Shore Fishing Company Ltd. in the following amounts as:

| | |
|---|---|
| Special Damages: | $742,786.46 |
| General Damages: | $742,786.46 |
| Judgment Total: | $1,485,572.92 |

II. Recommendations:

In light of the foregoing findings, the court recommends that Plaintiff's Motion for Default Judgment Against Defendant Off-Shore Fishing Company Ltd. be granted and that Judgment in the amount of $1,485,572.92 be entered in favor of Plaintiff Linda Rollins and against Defendant Off-Shore Fishing Company Ltd.

DATED: Honolulu, Hawaii, April 24, 2012.

 

Kevin S.C. Chang
United States Magistrate Judge

APPROVED AS TO FORM:

/s/ Michiro Iwanaga
WAYNE M. SAKAI
MICHIRO IWANAGA
DANIEL M. CHEN
HELEN LEE GREENBERG
SHAWN A. TOLIVER
Attorneys for Defendants
MAUI DREAMS DIVE COMPANY,
RACHEL DOMINGO AND DONOVAN
DOMINGO

/s/ Kimberly A. Vossman
PATRICIA M. NAPIER
KIMBERLY A. VOSSMAN
Attorneys for Third-Party Defendant
MCCOY ENTERPRISES, LTD.

---

Linda Rollins vs. Maui Dreams Dive Company, et al., Civil No. 10-00336 HG-KSC, United States District Court for the District of Hawaii, Findings and Recommendations for Plaintiff's Motion for Entry of Default Judgment Against Defendant Off-Shore Fishing Company Ltd.