KSC

ORIGINAL

14-4
Of Counsel:
LEWIS BRISBOIS BISGAARD & SMITH LLP
SHAWN A. TOLIVER          SB# 148349
E-mail toliver@lbbslaw.com
HELEN LEE GREENBERG    SB# 230682
E-Mail: greenberg@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LODGED**
MAY 01 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 01 2012
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 15 2012
at 1 o'clock and 15 min. P M
SUE BEITIA, CLERK

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

WAYNE M. SAKAI          696-0
MICHIRO IWANAGA        2022-0
Email: miwanaga@silawgroup.com
DANIEL M. CHEN          7584-0
Email: dchen@silawgroup.com
201 Merchant Street
Suite 2307 City Financial Tower
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262

Attorneys for Defendants/Third Party Plaintiffs
R&D DOMINGO, INC. dba MAUI DREAMS
DIVE COMPANY (erroneously sued herein as
MAUI DREAMS DIVE COMPANY),
RACHEL DOMINGO, DONOVAN
DOMINGO

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA ROLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, DONOVAN DOMINGO, BEQA LAGOON SUPPORT SERVICES, INC., OFF-SHORE FISHING COMPANY, LTD.,<br><br>　　　　Defendants. | CASE NO. CV10-00336 HG KSC<br><br>**IN ADMIRALTY**<br><br>MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON DEFENDANTS R&D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, DONOVAN DOMINGO'S PETITION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT |
| R&D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, AND DONOVAN DOMINGO<br><br>　　　　Third-Party Plaintiffs<br>　　v.<br><br>MCCOY ENTERPRISES, LTD. AQUA TREK USA, INC., AQUA-TREK, AQUA-TREK (FIJI), AQUA-TREK DIVING, AQUA-TREK FIJI DIVING, AQUA-TREK FIVE STAR DIVING, AND DOE DEFENDANTS 1-10<br><br>　　　　Third-Party Defendants | Hearing:<br><br>Date:　April 6, 2012<br><br>Time:　9:30 a.m.<br><br>Judge:　Hon. Kevin S.C. Chang<br><br>TRIAL DATE:　　September 18, 2012 |

# MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON DEFENDANTS R&D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, DONOVAN DOMINGO'S PETITION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT

Defendants R&D Domingo, Inc. dba Maui Dreams Dive Company, (erroneously sued herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo's Petition for Order Determining Good Faith Settlement filed on January 24, 2012 having come on for hearing before the Honorable Kevin S.C. Chang on April 6, 2012, with James H. Hershey appearing for Plaintiff, Patricia M. Napier for Defendant McCoy Enterprises, Ltd., and Michiro Iwanaga and Helen Lee Greenberg for Defendants R&D Domingo, Inc. dba Maui Dreams Dive Company, (erroneously sued herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo; and there being no objections or opposition to the petition; now, therefore, the undersigned finds and recommends to the United States District Court for the District of Hawaii as follows:

1. When viewed under the totality of circumstances, as provided in *Troyer v. Adams*, 102 Hawai`i 399, 77 P.3d 83 (2003), the settlement between Plaintiff and Defendants R&D Domingo, Inc. dba Maui Dreams Dive Company (erroneously sued herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo described in the Petition and the release placed under seal has

been made in good faith within the meaning of section 663-15.5 of the Hawaii Revised Statutes.

2. It is recommended that the Petition be granted and that the settlement be deemed to:

a. Reduce the claims against other joint tortfeasors or co-obligors not released in the amount stipulated by the release, dismissal, or covenant, or in the amount of the consideration paid for it, whichever is greater; and

b. Discharge Petitioners from all liability for any contribution to any other joint tortfeasor or co-obligor.

Dated: Honolulu, Hawaii, MAY 1 4 2012.

_____
Judge of the above-entitled Court

Magistrate's Findings and Recommendations on Defendants R&D Domingo, Inc. dba Maui Dreams Dive Company, (erroneously sued herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo's Petition for Order Determining Good Faith Settlement, in *Rollins v. Maui Dreams Dive Company, et al.*, CV 10-00336 (U.S.D.C. Haw.)

APPROVED AS TO FORM:

_/s/ James H. Hershey_
JAMES H. HERSHEY

Attorney for Plaintiff LINDA
ROLLINS

_/s/ Patricia M. Napier_
PATRICIA M. NAPIER
KIMBERLY A. VOSSMAN

Attorneys for Defendant MCCOY
ENTERPRISES, LTD.

Magistrate's Findings and Recommendations on Defendants R&D Domingo, Inc. dba Maui Dreams Dive Company, (erroneously sued herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo's Petition for Order Determining Good Faith Settlement, in Rollins v. Maui Dreams Dive Company, et al., CV 10-00336 (U.S.D.C. Haw.)

5