IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA ROLLINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, DONOVAN DOMINGO, BEQA LAGOON SUPPORT SERVICES, INC., OFF-SHORE FISHING COMPANY LTD., MCCOY ENTERPRISES, LTD.,<br><br>    Defendants.<br>_____<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, and DONOVAN DOMINGO,<br><br>    Cross Claimants,<br><br>    vs.<br><br>BEQA LAGOON SUPPORT SERVICES, INC., and OFFSHORE FISHING COMPANY, LTD.,<br><br>    Cross Defendants.<br>_____<br><br>BEQA LAGOON SUPPORT SERVICES, INC.,<br><br>    Cross Claimant,<br><br>    vs.<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, DONOVAN | Civ. No. 10-00336 HG-KSC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT DEFENDANT MCCOY ENTERPRISES, LTD.'S NOTICE OF SETTLEMENT AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BE GRANTED (DOC. 202)** |

1

```
DOMINGO,                                )
                                        )
     Cross Defendants.                  )
                                        )
_____ )
                                        )
                                        )
R&D DOMINGO, INC., DBA MAUI             )
DREAMS DIVE COMPANY                     )
(ERRONEOUSLY SUED HEREIN AS             )
MAUI DREAMS DIVE COMPANY),              )
RACHEL DOMINGO, DONOVAN                 )
DOMINGO,                                )
                                        )
     Third-Party Plaintiffs,            )
                                        )
     vs.                                )
                                        )
MCCOY ENTERPRISES, LTD, AQUA            )
TREK USA, INC., AQUA-TREK,              )
AQUA-TREK (FIJI), AQUA-TREK             )
DIVING, AQUA TREK FIVE STAR             )
DIVING, AND DOE DEFENDANTS 1-           )
10,                                     )
     Third-Party Defendants.            )
                                        )
_____ )
                                        )
                                        )
MCCOY ENTERPRISES, LTD.,                )
                                        )
     Third-Party Cross                  )
Claimant,                               )
                                        )
     vs.                                )
                                        )
BEQA LAGOON SUPPORT SERVICES,           )
INC. and OFF-SHORE FISHING              )
COMPANY, LTD.,                          )
                                        )
     Cross Defendants,                  )
                                        )
AQUA-TREK, AQUA-TREK USA, INC.,         )
AQUA-TREK [FIJI], AQUA-TREK             )
DIVING, AQUA-TREK FIJI DIVING,          )
and AQUA-TREK FIVE STAR DIVING,         )
_____ )
```

|  |  |
|---|---|
| Third-Party Cross Defendants. | ) ) ) ) |
| _____ | ) ) ) |
| BEQA LAGOON SUPPORT SERVICES, INC., | ) ) ) |
| Third-Party Counter Claimant, | ) ) ) ) |
| vs. | ) ) |
| R&D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, and DONOVAN DOMINGO, | ) ) ) ) |
| Third-Party Counter Defendants. | ) ) ) ) |
| _____ | ) ) ) |
| MCCOY ENTERPRISES, LTD., | ) ) |
| Third-Party Counter Claimant, | ) ) ) ) |
| vs. | ) ) |
| MCCOY ENTERPRISES, LTD., | ) ) |
| Third-Party Counter Defendant. | ) ) ) ) ) |
| _____ | ) |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT DEFENDANT MCCOY ENTERPRISES, LTD.'S NOTICE OF SETTLEMENT AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BE GRANTED (DOC. 202)**

Findings and Recommendation having been filed and served on all parties on May 15, 2012, and no objections having been filed

3

by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations That Defendant McCoy Enterprises, Ltd.'s Notice of Settlement and Petition for Determination of Good Faith Settlement Be Granted " (Doc. 202), filed April 26, 2012, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATE: June 25, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

Linda Rollins v. Maui Dreams Dive Company, *et al.*, CV 10-00336 HG-KSC, **ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT DEFENDANT MCCOY ENTERPRISES, LTD.'S NOTICE OF SETTLEMENT AND PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BE GRANTED (DOC. 202)**