IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA ROLLINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, DONOVAN DOMINGO, BEQA LAGOON SUPPORT SERVICES, INC., OFF-SHORE FISHING COMPANY LTD., MCCOY ENTERPRISES, LTD.,<br><br>    Defendants.<br>_____<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, and DONOVAN DOMINGO,<br><br>    Cross Claimants,<br><br>    vs.<br><br>BEQA LAGOON SUPPORT SERVICES, INC., and OFFSHORE FISHING COMPANY, LTD.,<br><br>    Cross Defendants.<br>_____<br><br>BEQA LAGOON SUPPORT SERVICES, INC.,<br><br>    Cross Claimant,<br><br>    vs.<br><br>MAUI DREAMS DIVE COMPANY, RACHEL DOMINGO, DONOVAN | Civ. No. 10-00336 HG-KSC<br><br>**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON DEFENDANTS R & D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, DONOVAN DOMINGO'S PETITION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT (DOC. 205)** |

1

```
DOMINGO,                                )
                                        )
        Cross Defendants.               )
                                        )
_____)
                                        )
                                        )
R&D DOMINGO, INC., DBA MAUI             )
DREAMS DIVE COMPANY                     )
(ERRONEOUSLY SUED HEREIN AS             )
MAUI DREAMS DIVE COMPANY),              )
RACHEL DOMINGO, DONOVAN                 )
DOMINGO,                                )
                                        )
        Third-Party Plaintiffs,         )
                                        )
        vs.                             )
                                        )
MCCOY ENTERPRISES, LTD, AQUA            )
TREK USA, INC., AQUA-TREK,              )
AQUA-TREK (FIJI), AQUA-TREK             )
DIVING, AQUA TREK FIVE STAR             )
DIVING, AND DOE DEFENDANTS 1-           )
10,                                     )
        Third-Party Defendants.         )
                                        )
_____)
                                        )
                                        )
MCCOY ENTERPRISES, LTD.,                )
                                        )
        Third-Party Cross               )
Claimant,                               )
                                        )
        vs.                             )
                                        )
BEQA LAGOON SUPPORT SERVICES,           )
INC. and OFF-SHORE FISHING              )
COMPANY, LTD.,                          )
                                        )
        Cross Defendants,               )
                                        )
AQUA-TREK, AQUA-TREK USA, INC.,         )
AQUA-TREK [FIJI], AQUA-TREK             )
DIVING, AQUA-TREK FIJI DIVING,          )
and AQUA-TREK FIVE STAR DIVING,         )
_____)
```

```
        Third-Party Cross          )
        Defendants.                )
                                   )
_____)
                                   )
                                   )
BEQA LAGOON SUPPORT SERVICES,      )
INC.,                              )
                                   )
        Third-Party Counter        )
        Claimant,                  )
                                   )
        vs.                        )
                                   )
R&D DOMINGO, INC. DBA MAUI         )
DREAMS DIVE COMPANY, RACHEL        )
DOMINGO, and DONOVAN DOMINGO,      )
                                   )
        Third-Party Counter        )
        Defendants.                )
                                   )
_____)
                                   )
                                   )
MCCOY ENTERPRISES, LTD.,           )
                                   )
        Third-Party Counter        )
        Claimant,                  )
                                   )
        vs.                        )
                                   )
MCCOY ENTERPRISES, LTD.,           )
                                   )
        Third-Party Counter        )
        Defendant.                 )
                                   )
                                   )
_____)
```

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON DEFENDANTS R & D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, DONOVAN DOMINGO'S PETITION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT (DOC. 205)**

Findings and Recommendation having been filed and served on all parties on May 15, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Magistrate's Findings and Recommendations on Defendants R & D Domingo, Inc. DBA Maui Dreams Dive Company, (Erroneously Sued Herein as Maui Dreams Dive Company), Rachel Domingo, Donovan Domingo Petition for Order Determining Good Faith Settlement" (Doc. 205), filed May 15, 2012, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATE: June 25, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

Linda Rollins v. Maui Dreams Dive Company, *et al.*, CV 10-00336 HG-KSC**, ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON DEFENDANTS R & D DOMINGO, INC. DBA MAUI DREAMS DIVE COMPANY, (ERRONEOUSLY SUED HEREIN AS MAUI DREAMS DIVE COMPANY), RACHEL DOMINGO, DONOVAN DOMINGO'S PETITION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT (DOC. 205).**